**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000726
26-MAY-2021
09:01 AM
Dkt. 55 ORD

NO. CAAP-20-0000726

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JOHN DAVIS, Plaintiff-Appellant/Cross-Appellee, and
HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY, INC.,
Plaintiff-Intervenor-Appellee/Cross-Appellee, v.
GP SERVICES, LLC, Defendant-Appellee/Cross-Appellant; and
YOUNG BROTHERS LIMITED; JOHN DOES 1-5; JANE DOES 1-5,
DOE PARTNERSHIPS 1-5, DOE CORPORATIONS 1-5, ROE NON-PROFIT
CORPORATIONS 1-5, and ROE GOVERNMENTAL ENTITIES 1-5,
Defendants-Appellees/Cross-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC111000497)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Leonard and Nakasone, JJ.)

Upon consideration of Plaintiff-Appellant/Cross-Appellee John Davis's (Davis) April 23, 2021 Motion to Dismiss Appeal, the papers in support and in opposition, and the record,

IT IS HEREBY ORDERED that the motion is granted and Davis's appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b). The parties shall bear their own attorneys' fees and costs in the appeal filed by Davis, without prejudice to the parties recovering attorneys' fees and costs in the cross-appeal filed by Defendant-Appellee/Cross-Appellant GP Services, LLC.

DATED: Honolulu, Hawaiʻi, May 26, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Karen T. Nakasone
Associate Judge